**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 13-58870** |
| **STEVEN A. CLEMONS** ) | |
| ) | **CHAPTER 13** |
| ) | |
| ) | **JUDGE CALDWELL** |
| **DEBTOR.** ) | |

**NOTICE OF CHANGE OF ADDRESS**

Debtor, Steven A. Clemons, by and through counsel, hereby provides notice that his address has changed subsequent to the filing of the petition in the above-captioned action. Debtor's correct mailing address is as follows:

3843 Rubythroat Dr.
Columbus, OH 43230

Respectfully submitted,

/s/ Jeffrey A. Blankenship
Jeffrey A. Blankenship (0014764)
Attorney for Debtor
3303 Sullivant Avenue
Columbus, OH 43204
(614) 274-2889
(614) 274-8507 Fax
jblankenshiplaw@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing Notice of Change of Address of Debtor was served, via electronic notification and/or regular U.S. Mail, postage pre-paid, this 26th day of October 26, 2015 upon the Office of the U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH 43215 and Frank M. Pees, Chapter 13 Trustee, 130 East Wilson Bridge Road, Suite 200, Worthington, OH 43085.

/s/ Jeffrey A. Blankenship
Jeffrey A. Blankenship [0014764]
Attorney for Debtor